# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY GAINES, Husband and Wife; and KATHERINE CROUSE-DAZZO, Husband and Wife;<br><br>**Plaintiffs,**<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>**Defendant.** | 8:20CV385<br><br>**ORDER** |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties' disclosures in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 2nd day of July, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge