IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY GAINES, Husband and Wife; and KATHERINE CROUSE-DAZZO, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:20CV385<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the parties' motions and Filing Nos. 53 and 54 are granted as follows and the unexpired deadlines in the final progression order are extended as stated in this order.

1) The trial and pretrial conference will not be set at this time. The status conference currently set for December 8, 2021 at 9:00 a.m. with the undersigned magistrate judge is continued to **February 8, 2022** at **1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 28, 2022.

3) The deadline for filing motions to dismiss and motions for summary judgment is March 1, 2022.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 1, 2022.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All other deadlines reman unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned

magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 23rd day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge