IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TROY GAINES and KATHERINE CROUSE-
DAZZO, Husband and Wife,

            Plaintiffs,

    vs.

STATE FARM FIRE AND CASUALTY
COMPANY,

            Defendant.

**8:20CV385**


**ORDER FOR DISMISSAL WITH
PREJUDICE**

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 64. The Stipulation is signed by counsel for both parties and jointly requests dismissal with prejudice with each party to pay its own costs and attorney fees. Pursuant to the parties' Stipulation for Dismissal with Prejudice, this case is dismissed with prejudice, with each party to pay its own costs and attorney fees.

Dated this 19th day of July, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge